1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11 MAGDALENO GALLEGOS,                    )
                                          )
12              Petitioner,               )        3: 09-cv-0459-ECR-VPC
                                          )
13 vs.                                    )
                                          )        **ORDER**
14 STATE OF NEVADA, *et al.,*             )
                                          )
15              Respondents.              )
   _____/
16

17          This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner,

18 a state prisoner, is proceeding *pro se*.  On December 2, 2010, this court entered an order granting in

19 part and denying in part respondents' motion to dismiss.  (Docket #27.)   The court found grounds

20 1(b) through (11) to be unexhausted in state court.  *Id.*  The court gave petitioner various options as

21 to how to proceed with his case, including advising the court of his desire to abandon the

22 unexhausted claims by filing a sworn declaration of abandonment, signed by the petitioner, himself.

23          On December 15, 2010, petitioner filed a signed declaration stating that he wished to

24 abandon his unexhausted claims.  (Docket #28.)

25          **IT IS THEREFORE ORDERED** that grounds 1(b) through (11) are **DISMISSED**.  This

26 case shall proceed on ground 1(a) only.

1      **IT IS FURTHER ORDERED** that respondents are **GRANTED** thirty (30) days from the

2  date of service of this order within which to file an answer to the one remaining ground for relief.

3  Petitioner is **GRANTED** thirty (30) days thereafter to file a reply.

4

5      DATED this 16th day of December, 2010.

6

7                         _Edward C. Reed._

8                     UNITED STATES DISTRICT JUDGE