AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

MAGDALENO GALLEOGS,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:09-CV-00459-ECR-VPC**

STATE OF NEVADA, et al.,

     Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus (#7) is **DENIED IN ITS ENTIRETY**.
    **IT IS FURTHER ORDERED** that petitioner is **DENIED A CERTIFICATE OF APPEALABILITY.**

  September 11, 2012                              **LANCE S. WILSON**
                                                     Clerk

                                                     /s/ D. R. Morgan
                                                      Deputy Clerk