**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAGDALENO GALLEGOS,
Petitioner,
vs.
STATE OF NEVADA, *et al.,*
Respondents.

3:09-cv-00459-RCJ-VPC

**ORDER**

This closed case is a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 11, 2012, this court entered an order denying the habeas petition and denying a certificate of appealability. (ECF No. 32.) Judgment was entered the same date. (ECF No. 33.) Petitioner filed a notice of appeal on September 24, 2012. (ECF No. 34.) Pending before the court is petitioner's motion to proceed *in forma pauperis* on appeal. (ECF No. 35.)

Based on the information in petitioner's application to proceed *in forma pauperis* on appeal, the court grants the motion. Petitioner will not be required to prepay any portion of the $455.00 filing fee for his appeal.

**IT IS THEREFORE ORDERED** that petitioner's application to proceed *in forma pauperis* on appeal (ECF No. 35) is **GRANTED**. Petitioner shall not be required to make any prepayment of the filing fee for his appeal.

**IT IS FURTHER ORDERED** that the clerk shall send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

Dated this 18th day of October, 2012.

UNITED STATES DISTRICT JUDGE